# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD J. ACKERMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HAJJI QUIZON HALILI,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01869-RFB-BNW<br><br>**ORDER TO SHOW CAUSE** |

Presently before the court is plaintiff/judgment creditor Leonard J. Ackerman's Motion for an Order to Show Cause (ECF No. 11), filed on November 22, 2019.

The court ordered Hajji Quizon Halili to appear for a judgment debtor examination on November 21, 2019. (Order (ECF No. 9).) The court further ordered Halili to bring to the judgment debtor examination various documents as stated in the order. (*Id.* at 3-7.) The court expressly cautioned Halili that failure to comply with the court's order may result in the issuance of sanctions. (*Id.* at 2.) Halili was personally served with the court's order on November 19, 2019. (Aff. of Service (ECF No. 10).) Halili failed to appear for the court-ordered judgment debtor examination. (Decl. of Larson A. Welsh (ECF No. 11-6) at ¶ 7.) Accordingly, Ackerman now moves for an order to show cause. Having reviewed and considered Ackerman's motion, and good cause appearing,

IT IS ORDERED that Ackerman's Motion for an Order to Show Cause (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that by December 27, 2019, Hajji Quizon Halili must show cause, in writing, why he should not be found in contempt of court for failing to appear at the court-ordered judgment debtor examination that was set for November 19, 2019.

IT IS FURTHER ORDERED that Hajji Quizon Halili must appear for a show cause hearing on Thursday, January 2, 2020, at 1:30 p.m. in Courtroom 3B, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Hajji Quizon Halili's failure to file a show cause brief and/or to appear at the show cause hearing will result in a recommendation that sanctions be imposed against Halili, up to and including a recommendation that he be found to be in civil contempt and that monetary sanctions be imposed against him and/or a bench warrant be issued for his arrest.

IT IS FURTHER ORDERED that Ackerman's attorney must cause this order to be personally served on Hajji Quizon Halili and file proof of that service by December 20, 2019.

DATED: December 6, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE